# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 21-05032-06-CR-SW-MDH |
| ) | |
| CARLA JO WARD, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The United States has filed a Notice of Intent Not to Seek the Death Penalty. It is therefore

**ORDERED** that the appointment of the **Cynthia L. Short**, CLS Mitigation, as second counsel, be, and it is hereby rescinded effective August 18, 2022. It is further

**ORDERED** that the orders appointing mitigation specialist **Mary K Poirier**, private investigator **Dan Grothaus**, forensic psychologist **Antoinette R. McGarrahan, Ph. D**., and social geographer **Julie Urbanik, Ph.D**., be, and they are hereby, rescinded effective August 18, 2022. It is further

**ORDERED** that interim payments be, and they are hereby, rescinded, and that the order setting the hourly rate to the capital rate be, and is hereby, rescinded effective August 18, 2022.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: August 18, 2022